IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-322-FL

| | | |
|---|---|---|
| CHRISTIAN MCINTOSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT ORDER** |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $6,300.00 for attorney fees arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). It also appearing that Plaintiff's counsel should be reimbursed the $400.00 filing fee from the Judgment Fund.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $6,300.00, and that the Judgment Fund pay to Plaintiff's counsel $400.00, both sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This _31st_ day of _____July_____, 2018,

_____
United States District Judge

CONSENTED TO:

/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC 27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com

/s/ CASSIA W. PARSON
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Room 617, Altmeyer Building
Baltimore, Maryland 21235
Telephone: (410) 966-0446
Fax: (410) 597-1435
Cassia.parson@ssa.gov
Maryland Bar

/s/ ELISA DONOHOE
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-6366
Fax: (410) 597-0527
Lisa.donohoe@ssa.gov
Maryland Bar