UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTIAN MCINTOSH )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:17-CV-322-FL
)
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 31, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,300.00 and that the Judgment Fund pay to Plaintiff's counsel $400.00 for reimbursement of filing fee.

**This Judgment Filed and Entered on July 31, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Elisa Donahoe (via CM/ECF Notice of Electronic Filing)

July 31, 2018                       PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk